JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 0 6 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TYLER MATHEW GUTHMILLER,
   aka "Ty,"
   aka "tymathew87@yahoo.com,"

Defendant.

4:17-CR-6034-EFS

INDICTMENT

Vio: 18 U.S.C. § 2422(b):
    Attempted Enticement of a Minor

Forfeiture Allegations

The Grand Jury charges:

Between on or about July 28, 2016, and on or about February 3, 2017, in the Eastern District of Washington and elsewhere, Defendant TYLER MATHEW GUTHMILLER, also known as ("aka") "Ty," aka "tymathew87@yahoo.com," did unlawfully and knowingly use a facility and means of interstate and foreign commerce, namely, the Internet, to attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to wit, Minor S., to engage in

1

sexual activity for which a person can be charged with a criminal offense, including Revised Code of Washington 9A.44.076, Rape of a Child in the Second Degree, and attempt to do so, all in violation of 18 U.S.C. § 2422(b).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2428.

Pursuant to 18 U.S.C. § 2428, upon conviction of an offense in violation of 18 U.S.C. § 2422, Defendant TYLER MATHEW GUTHMILLER, also known as ("aka") "Ty," aka "tymathew87@yahoo.com," shall forfeit to the United States of America, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

If any of the property described above, as a result of any act or omission of Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

Dated: September 6, 2017

A TRUE BILL

_____
Foreperson

*[signature]*
JOSEPH H. HARRINGTON
Acting United States Attorney

*[signature]*
David M. Herzog
Assistant United States Attorney