# PENALTY SLIP

**NAME:** TYLER MATHEW GUTHMILLER,
aka "Ty", aka "tymathew87@yahoo.com"

**NUMBER OF COUNTS:** 1

**Count 1:** 18 U.S.C. § 2422(b)
Attempted Enticement of a Minor

**Penalty:** CAG not less than 10 years nor more than life;
and/or $250,000 fine;
not less than 5 years nor more than life supervised release;
$100 special penalty assessment;
$5,000 special assessment pursuant to the Justice for Victims of Trafficking Act of 2015, unless the Court determines Defendant is indigent;
registration as a sex offender.

Forfeiture Allegations

Case No. __4:17-CR-6034-EFS-1__

AUSA Initials: ___DMH___