PROB 12C
(6/16)

Report Date: June 17, 2025

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Jun 18, 2025**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyler Mathew Guthmiller        Case Number: 0980 4:17CR06034-EFS-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Washington 99323

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 21, 2018

| | |
|---|---|
| Original Offense: | Attempted Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A), (b)(1) |
| Original Sentence: | Prison - 84 months  TSR - 240 months |
| Asst. U.S. Attorney: | David Michael Herzog |
| Defense Attorney: | Alex B Hernandez, III |

Type of Supervision: Supervised Release

Date Supervision Commenced: November 15, 2024

Date Supervision Expires: November 14, 2044

## PETITIONING THE COURT

To issue a summons.

On November 15, 2024, conditions of supervised release were reviewed with Mr. Guthmiller. He signed his judgement acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 10**: You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements. |

**Supporting Evidence**: Mr. Guthmiller is considered to be in violation of his supervised release conditions by possessing and viewing pornography between March 17 to 28, 2025.

On May 28, 2025, the undersigned officer made telephone contact with Mr. Guthmiller and scheduled Mr. Guthmiller for a polygraph on June 5, 2025.

On June 3, 2025, Mr. Guthmiller sent a text message to the undersigned officer informing, "I talked with Ken yesterday at my 1 on 1 and there is something I want to talk to you about tomorrow when I do my check in." The undersigned officer acknowledged and informed Mr. Guthmiller we could speak the next day at his scheduled appointment at the probation office.

Prob12C
**Re: Guthmiller, Tyler Mathew**
**June 17, 2025**
Page 2

On June 4, 2025, Mr. Guthmiller reported to the U.S. Probation Office as directed. During this office visit, Mr. Guthmiller admitted to the undersigned officer to viewing adult pornography about five different times during a 2-week period between March 17 to 28, 2025. When questioned as to why he took so long to report this, Mr. Guthmiller responded with, "I was too scared to say anything I felt the guilt but I didn't want to say anything." When Mr. Guthmiller was asked for his motive on viewing pornography he responded with, "I hit a slump where I was stressing and I figured it would help take the stress away." Lastly, when asking Mr. Guthmiller how he viewed the pornography he responded with, "On Twitter but it's called X now where the search engines don't block anything on it."

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 17, 2025

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

June 18, 2025

Date